In the Matter of the Application of EMIL BITTLER, as Executor, etc., of EMIL BITTLER, Deceased, for a Peremptory Mandamus Order Directed to PAUL WINDELS, as Counsel to the Corporation or Chief Law Officer of the City of New York, Appellant, Commanding, Enjoining and Directing Him to Initiate Proceedings to Ascertain and Determine the Compensation Due to EMIL BITTLER, as Executor, etc., of EMIL BITTLER, Deceased, Respondent, under and Pursuant to Chapter 1006 of the Laws of 1895, by Reason of the Closing and Discontinuance of Union Street, or Uncas Street, Otherwise Known as Fox Street, Otherwise Known as East 150th Street, in the 23rd Ward of the Borough of The Bronx, City of New York.— Upon the evidence it was established that Fox street as laid out by the city coincided with 150th (or Uncas) street as laid out by the town of Morrisania. The referee, accordingly, erred in holding that the strip on the northerly side of Uncas street

was closed. Order unanimously reversed, with costs and disbursements, and the proceedings dismissed. Settle order on notice. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.